JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RONALD MOSER, M.D.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**Health Care Services Corporation,**<br><br>**Defendant.** | **Case No. 8:26-cv-00804-FWS-KES**<br><br>**JUDGMENT OF DISMISSAL** |

Plaintiff Ronald Moser, proceeding *pro se*, brought this case against Defendant Health Care Services Corporation. (*See generally* Dkt. 27 (First Amended Complaint).) On September 25, 2026, the court granted Defendant's Motion to Dismiss, dismissing the First Amended Complaint without leave to amend. Consistent with the court's September 25, 2026, Order, the court **ENTERS JUDGMENT** in this case in favor of

Defendant and against Plaintiff. Plaintiff shall take nothing on his claims against Defendant in this case.

**IT IS SO ORDERED.**

DATED: September 25, 2026



Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE